AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CASELLAS, SALVADOR E | U.S.D.C. Puerto Rico | 05/08/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. SENIOR DISTRICT JUDGE | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. COURTHOUSE 300 RECINTO SUR - SUITE 342 OLD SAN JUAN, PUERTO RICO 0090 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR | ANGEL RAMOS FOUNDATION (NON-PROFIT INSTITUTION) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Fiddler, Gonzalez & Rodriguez Pension Plan -Former Law Firm (No Control) |
| 2. | |
| 3. | |

RECEIVED 2005 MAY 15 A 10: 45 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E | 05/08/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E | 05/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. HONORARY MEMBERSHIP | THE BANKERS CLUB OF P.R. | $ 750.0 |
| 2. HONORARY MEMBERSHIP | CAPARRA COUNTRY CLUB | $ 750.0 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accrued Pension Benefit - Fiddler, Gonzalez & Rodriguez | G | Distribution | N | U | | | | | |
| 2. Account at Banco Santander | A | Interest | J | T | | | | | |
| 3. Account at Citibank, N.A. | B | Interest | K | T | | | | | |
| 4. Tax Free Fund-UBS | A | Interest | J | T | | | | | |
| 5. Tax Exempt Fund at Santander Securities | A | Interest | J | T | | | | | |
| 6. IRA Accts. (Deposits) Banco Popular de P. R. | B | Interest | K | T | | | | | |
| 7. IRA - Universal Life Insurance Co. | A | Interest | M | T | Rollover | 11/01 | M | | Universal |
| 8. Cash Value Insurance Policies Travelers & Equitable | D | Interest | N | T | | | | | |
| 9. International Hospitality S.E. | | None | L | W | | | | | |
| 10. Annuity - PRAICO Life Ins. Co. | D | Interest | N | T | | | | | |
| 11. U.S. Savings Bonds | D | Interest | L | T | | | | | |
| 12. GNMA Serial Bonds | D | Interest | M | T | Redemption | 12/15 | K | A | UBS |
| 13. | | None | | | Buy | 12/23 | K | | Santander Securities |
| 14. | | | | | Buy | 12/30 | K | | Santander Securities |
| 15. CMO Lehman Bros. | C | Interest | K | T | | | | | |
| 16. CMO Citibank | B | Interest | | T | Redemption | 9/26 | M | A | Santander Securities |
| 17. Mortgage Trust Bonds | D | Interest | K | T | Redemption | 9/26 | M | A | Santander Securities |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redemption | 10/25 | M | A | Santander Securities |
| 19. P.R. Government Bonds | D | Interest | K | T | Sell | 06/03 | M | A | Santander Securities |
| 20. AFICA Bonds (P.R. Financial Authority) | F | Interest | P1 | T | Bought | 02/09 | J | | UBS |
| 21. | | | | | Bought | 01/31 | J | | UBS |
| 22. | | | | | Bought | 02/14 | J | | UBS |
| 23. | | | | | Bought | 03/31 | J | | UBS |
| 24. | | | | | Redemption | 03/24 | J | A | UBS |
| 25. | | | | | Redemption | 04/04 | M | A | UBS |
| 26. | | | | | Redemption | 06/20 | L | A | UBS |
| 27. | | | | | Redemption | 07/01 | L | A | UBS |
| 28. | | | | | Redemption | 12/15 | J | A | Santander Securities |
| 29. P.R. Employees Assc. Notes | A | Interest | J | | Buy | 08/30 | J | | Santander Securities |
| 30. First Bank P. R. Notes | A | Interest | M | T | | | | | |
| 31. P.R. Public Bldg. Authority | B | Interest | K | T | | | | | |
| 32. P.R. Public Finance Co. Bonds | E | Interest | O | T | Redemption | 07/07 | J | A | Santander Securities |
| 33. | | | | | Redemption | 08/01 | K | A | UBS |
| 34. | | | | | Redemption | 08/01 | J | A | Santander Securities |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. P.R. Highway Bonds | D | Interest | M | T | | | | | |
| 36. P.R. Tax Free Fund Notes | E | Interest | P1 | T | Buy | 05/31 | M | | UBS |
| 37. | | | | | Buy | 06/15 | N | | Santander Securities |
| 38. | | | | | Buy | 07/11 | K | | Santander Securities |
| 39. | | | | | Buy | 07/13 | M | | Santander Securities |
| 40. | | | | | Buy | 08/03 | K | | Santander Securities |
| 41. | | | | | Buy | 09/27 | M | | Santander Securities |
| 42. | | | | | Buy | 09/30 | L | | UBS |
| 43. | | | | | Buy | 12/29 | L | | UBS |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E | 05/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| CASELLAS, SALVADOR E | 05/08/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____  Date___ 8 MAY 06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544